IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNIVERSITY OF WISCONSIN
HOSPITAL AND CLINICS, INC.,

        Plaintiff,                    JUDGMENT IN A CIVIL CASE

v.                                   Case No. 13-cv-197-jdp

AETNA LIFE INSURANCE COMPANY,
ADP TOTALSOURCE INC. HEALTH AND
WELFARE PLAN and ADP TOTALSOURCE, INC.,

        Defendants.

---

      This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff University of Wisconsin Hospital and Clinics, Inc. against defendants Aetna Life Insurance Company, ADP TotalSource, Inc. and ADP TotalSource, Inc. Health and Welfare Plan finding that plaintiff has standing under the Employee Retirement Income Security Act to bring this action to recover payment for medical services provided to plan participant James Vana, and granting its motion for summary judgment on its claim that despite its failure to precertify a cardiac catheterization, plaintiff is entitled to healthcare benefits in the amount of $11,485.24, prejudgment interest in the amount of $3,962.40, and attorney fees and costs in the amount of $7,353.70.

Approved as to form this __16Th__ day of July, 2014.

_____
James D. Peterson
District Judge

_____     7/17/14
Peter Oppeneer                    Date
Clerk of Court